IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

DEBRA L. KUHARIK,  )
      )
    Plaintiff,  )
      )
v.  )   CASE NO. CV417-190
      )
OWENS-CORNING, AETNA LIFE  )
INSURANCE COMPANY, and MERCER  )
HEALTH & BENEFITS  )
ADMINISTRATION, LCC,  )
      )
    Defendants.  )
      )

## O R D E R

Before the Court is the parties' Notice of Settlement. (Doc. 21.) In their notice, the parties report that they have reached a settlement in this case, but are still "working on preparing the final papers" necessary to complete the agreement. (Id.) In light of Defendant Mercer Health & Benefits Administration, LLC's impending deadline to file an answer to Plaintiff's complaint, the parties are requesting that this Court administratively close this case to allow the parties 60 additional days to file a notice of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(2). The parties ask that the Court dismiss this case with prejudice if a dismissal is not filed within the requested sixty-day period.

After careful consideration, the parties' request is **DENIED**. This Court will not administratively close this action.

Instead, the Court will grant Defendants a sixty-day extension to file an answer. Defendant Mercer Health & Benefits Administration, LLC will now have until March 19, 2018 to properly file an answer. The parties, however, are free to file a notice of dismissal when a settlement agreement is completed.

SO ORDERED this 17th day of January 2018.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA