IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

DEBRA L. KUHARIK, )
)
Plaintiff, )
)
v. ) CASE NO. CV417-190
)
OWENS-CORNING, AETNA LIFE )
INSURANCE COMPANY, and )
MERCER HEALTH & BENEFITS )
ADMINISTRATION, LLC, )
)
Defendants. )
)

**ORDER**

Before the Court is the parties' Stipulation Dismissal with Prejudice. (Doc. 23.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), an action may be dismissed pursuant to "a stipulation of dismissal signed by all parties who have appeared." As requested by the parties, this action is **DISMISSED WITH PREJUDICE**. Each party shall bear its own costs and attorney's fees. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 15th day of March 2018.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA